**Order entered February 6, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01297-CV

### ERICA WHITLOCK, JERRAMY JAY BOYLES, AND WALTER GALE "TREY" BOYLES, Appellants

### V.

### CSI RISK MANAGEMENT, LLC, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-05743**

## ORDER

Before the Court is appellants' request for additional time to file the reporter's record.

We **GRANT** the motion and **ORDER** the reporter's record received February 4, 2020 filed as of the date of this order.

/s/  BILL WHITEHILL
   JUSTICE